[No. 22192-6-II.    Division Two.    November 20, 1998.]

CARL WILLIAM STERUD, ET AL., *Plaintiffs*, THE CITY OF TACOMA, ET AL., *Respondents*, V. THE CITY OF FIFE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-13941-3, Thomas P. Larkin, J., entered July 16, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 22294-9-II.    Division Two.    November 20, 1998.]

COLLEEN EDWARDS, *Appellant*, V. BARBARA LE DUC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-06165-0, Terry D. Sebring, J., entered August 15, 1997. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 22345-7-II.    Division Two.    November 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, V. JOSE JOEL VASQUEZ-VEGA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01369-2, Marywave Van Deren, J., entered August 19, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 22419-4-II.    Division Two.    November 20, 1998.]

DOUGLAS MERINO, ET AL., *Appellants*, V. WASHINGTON STATE PATROL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-00261-1, Daniel J. Berschauer, J., entered September 18, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.